UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| DUANE ROBINSON,<br><br>        Plaintiff,<br><br>v.<br><br>HAMILTON TOWNSHIP BOARD OF EDUCATION,<br><br>        Defendant. | Hon. Georgette Castner, U.S.D.J.<br><br>Civil Action No. 3:22-cv-06046 (GC-JBD)<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

THIS MATTER having been amicably resolved by and between the parties, it is hereby stipulated and agreed that Plaintiff's Complaint in the above-entitled matter is hereby dismissed, without award of costs or fees against either party and with prejudice.

**CONSOLE MATTIACCI LAW, LLC**

*/s/ Daniel Orlow*
Daniel Orlow, Esq.
*Attorneys for Plaintiff*

**ANDERSON & SHAH, LLC**

*/s/ Joseph E. Lanzot*
Joseph E. Lanzot, Esq.
*Attorneys for Defendants*

            **So Ordered**

            _____
            Hon. Georgette Castner, U.S.D.J