## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| DUANE ROBINSON,<br><br>     Plaintiff,<br><br>v.<br><br>HAMILTON TOWNSHIP BOARD OF EDUCATION,<br><br>     Defendant. | Hon. Georgette Castner, U.S.D.J.<br><br>Civil Action No. 3:22-cv-06046 (GC-JBD)<br><br>CIVIL ACTION<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

   THIS MATTER having been amicably resolved by and between the parties, it is hereby stipulated and agreed that Plaintiff's Complaint in the above-entitled matter is hereby dismissed, without award of costs or fees against either party and with prejudice.

**CONSOLE MATTIACCI LAW, LLC**

/s/ Daniel Orlow
Daniel Orlow, Esq.
*Attorneys for Plaintiff*

**ANDERSON & SHAH, LLC**

/s/ Joseph E. Lanzot
Joseph E. Lanzot, Esq.
*Attorneys for Defendants*

**So Ordered**
on this 29th day of July, 2024

Hon. Georgette Castner, U.S.D.J